UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **PATRICK M. JUNEAU III MDA PROFESSIONAL MEDICAL CORPORATION** | **CIVIL ACTION NO. 6:21-CV-01057** |
| **VERSUS** | **JUDGE MICHAEL J. JUNEAU** |
| **TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

### FIRST AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel comes Claimant, **PATRICK M. JUNEAU III MD, A PROFESSIONAL MEDICAL CORPORATION**, who is amending the original complaint as follows:

I.

Claimant, **PATRICK M. JUNEAU III MD, A PROFESSIONAL MEDICAL CORPORATION** reiterates, re-alleges, and re-avers all of the allegations as contained in his original Complaint filed on March 10, 2021, as if pled herein, in extenso.

II.

The original complaint listed Defendant as **TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY**, it is the desire of the Claimant to amend the original complaint [DOC 1] to replace/add any reference to **TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY**. with **THE PHOENIX INSURANCE COMPANY** as listed with the Louisiana Department of Insurance.

III.

Further, any reference made to Defendant or **TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY** in any part of the original complaint shall be amended to include and mean **THE PHOENIX INSURANCE COMPANY**. This includes but is not limited to each and every paragraph in the original complaint where **TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY**.

IV.

WHEREFORE, Claimant, **PATRICK M. JUNEAU III MD, A PROFESSIONAL MEDICAL CORPORATION**, prays that Defendants, **TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY** and **THE PHOENIX INSURANCE COMPANY**, be served with a copy of Claimant's First Amending Complaint.

Respectfully submitted:

BY: /s/ Douglas A. Lee II
JOSEPH F. GAAR, JR. (#16927)
LUCAS S. COLLIGAN (#31671)
DOUGLAS A. LEE II (#34637)
114 Representative Row
Lafayette, Louisiana 70508
Telephone: (337) 233-3185
Facsimile: (337) 233-0690
**ATTORNEYS FOR PLAINTIFF, PATRICK M. JUNEAU III MDA PROFESSIONAL MEDICAL CORPORATION**

**PLEASE SERVE:**

**TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY**
Through its registered agent:
Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

AND

**THE PHOENIX INSURANCE COMPANY**
Through its registered agent:
Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809